# United States Court of Appeals
## For the First Circuit

No. 01-2127

ELIE N. KARAK ET AL.,

Plaintiffs, Appellants,

v.

BURSAW OIL CORP. ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on May 2, 2002 is corrected as follows:

On page 2, line 4, replace "defendant" with "plaintiff"